**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 667 MAL 2014
:
               Respondent      :
    : Petition for Allowance of Appeal from the
    : Order of the Superior Court
          v.         :
:
:
:
BRIAN D. DELEON,         :
:
               Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.